**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6224**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

SLADE MILLER,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Richard L. Williams, Senior
District Judge.  (CR-89-196-A)

———————

Submitted:  June 24, 2004              Decided:  June 30, 2004

———————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Slade Miller, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Slade Miller appeals the district court's order denying his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Miller, No. CA-89-196-A (E.D. Va. Dec. 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED